1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14  BOARD OF TRUSTEES OF THE SAN MATEO  )    NO. C 10 0769 BZ
    HOTEL, et al.,                     )
15                                     )
                                       )    JUDGMENT PURSUANT TO
16                  Plaintiffs,        )    STIPULATION
              vs.                      )
17                                     )
                                       )
18  H. YOUNG ENTERPRISES, INC., a      )
    corporation, doing business as JUST )
19  DESSERTS                           )
                                       )
20                  Defendant.         )
                                       )
21  _____)

22          It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SAN

23  MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; and

24  PENSION FUND; SHERRI CHIESA, and defendant,  H. YOUNG ENTERPRISES,

25  INC., a corporation, doing business as JUST DESSERTS, have entered

26  into a stipulation which provided for judgment against Defendant in

27  the amount of $109,001.60,

28          IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs BOARD OF

JUDGMENT PURSUENT TO STIPULATION          1

1   **TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES**
2   **WELFARE FUND; and PENSION FUND; SHERRI CHIESA, have and recovered**
3   **judgment against defendant, H. YOUNG ENTERPRISES, INC., a corporation,**
4   **doing business as JUST DESSERTS, in the amount of $109,001.60, which**
5   **is composed of the following:**

6           a.   Contribution balances due and unpaid to Plaintiff Trust
7   Funds for the period September 1, 2009 through March 31, 2010 in the
8   amount of $90,501.33;

9           b.   Liquidated damages due and unpaid to the Plaintiff
10  Trust Funds for the same period in the amount of $18,100.27;

11          c.   Interest due pursuant to contract in an amount to be
12  computed after all payments are made.

13          d.   Costs of suit incurred in this action in the amount of
14  $400.00.

15          IT IS FURTHER ORDERED AND ADJUDGED that no writ shall be
16  issued, and an abstract of judgment will not be recorded so long as
17  defendant fully complies with the following conditions:

18          1.   Defendant shall make payments of all ongoing amounts
19  to become due to the BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES
20  AND RESTAURANT EMPLOYEES WELFARE FUND; and PENSION FUND; pursuant to the
21  contract between defendant and UNITE HERE Local 2 for hours worked,
22  commencing with payment for April 2010 and continuing until all
23  payments due under paragraph 2 and Exhibit 1 to the Stipulation have
24  been made.  Each of said payments will be made by check payable to SAN
25  MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES TRUST and sent to the
26  Union Bank, P.O. Box no later than the 7th day of the month after the
27  month in which the hours were worked.

28          2.   Defendant shall pay the amount of the contributions in

JUDGMENT PURSUENT TO STIPULATION          2

1 the amount of $90,501.33 in installment payments as set forth in
2 Exhibit 1 to the Stipulation.  The "Proposed Payment Dates" are
3 adopted as the actual payment dates.  Under the heading "Past Payments
4 Due" there are amounts due in an earlier proceeding, C 08 2619 EMC.
5 So long as all of the payment dates are met, including timely payment
6 of on-going liabilities, no collection proceedings shall occur in that
7 case.

8 Said installment payments will be made by check payable to the SAN
9 MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES TRUST and sent to the
10 collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite
11 303, San Francisco, California  94104, Attention: Michael Carroll.

12      3.   Once the above amount of $90,501.33 is paid in full,
13 the Board of Trustees Fund will, exercising it's complete discretion,
14 review defendant's eligibility for a reduction of the liquidated
15 damages, interest, and costs owed as stated in paragraphs (b), (c),and
16 (d) above.   If defendant is not granted a complete waiver of the
17 amounts due under paragraphs (b), (c), and (d), defendant shall make
18 payment on the remaining balance of $18,500.27 plus interest.

19      4.  Plaintiffs and Defendant each understand and agree that
20 any modification of payments must be made in writing and agreed to by
21 both the Plaintiffs and the Defendant.

22      IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the
23 Defendant to make any of their monthly contribution payments pursuant
24 to the collective bargaining agreement as set forth in paragraph 1
25 above, and the monthly installment payments in a timely manner as
26 required pursuant to the terms of paragraphs 2 of this stipulation,
27 entry of judgment and  execution on the entire judgment in the amount
28 of $109,001.60 reduced by any offsets for payments made, shall issue

JUDGMENT PURSUENT TO STIPULATION               3

1  only after ten (10) days written notice to the Defendant that

2  Plaintiffs or Plaintiffs' attorney declares a default and intends to

3  file a Declaration stating that a default has occurred on the part of

4  the defendant.   Defendant waives notice of any hearing held by the

5  court upon the entry of judgment or Plaintiffs' declaration.

6  Dated: 18 June 2010

7  _____
   Magistrate Judge Bernard Zimmerman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT PURSUENT TO STIPULATION                    4